No. 486. VULCAN MATERIALS Co. *v.* SAUBER, DISTRICT DIRECTOR OF INTERNAL REVENUE, ET AL. C. A. 7th Cir. Certiorari denied. *Forest D. Siefkin* for petitioner. *Solicitor General Cox, Assistant Attorney General Oberdorfer* and *Melva M. Graney* for respondents. 

No. 422. CITY OF KANSAS CITY, MISSOURI, *v.* FEDERAL PACIFIC ELECTRIC Co. ET AL. Motion of petitioner for leave to amend the petition for certiorari granted. Motion of Westinghouse Electric Corp. et al. for leave to file brief, as *amici curiae,* granted. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied. *Keith Wilson, Jr.* for petitioner. *Ralph M. Jones* and *Charles B. Blackmar* for General Electric Co., respondent. *Leo A. Larkin, Charles S. Rhyne, Lenox G. Cooper, John C. Melaniphy, David Berger* and *J. Elliott Drinard* for the National Institute of Municipal Law Officers, as *amicus curiae,* in support of the petition. *Richard S. Righter, Carl E. Enggas* and *John H. Pickering* for Westinghouse Electric Corp. et al., as *amici curiae,* in opposition. 

No. 35, Misc. READE *v.* CALIFORNIA. Supreme Court of California. Certiorari denied. Petitioner *pro se. Stanley Mosk,* Attorney General of California, and *Robert R. Granucci* and *John S. McInerny,* Deputy Attorneys General, for respondent.

No. 89, Misc. RATTEN *v.* CALIFORNIA ET AL. Supreme Court of California. Certiorari denied. Petitioner *pro se. Stanley Mosk,* Attorney General of California, and *Doris H. Maier,* Assistant Attorney General, for respondents.